April 14, 2008

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California 92101-8900

FILED
2008 APR 24  AM 8:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ RM _____ DEPUTY

NUNC PRO TUNC
APR 21 2008

08CV0600 JM (POR)

Dear Sir/Madam:

Petitioner's Letter comes to the Court with two great concerns about the Southern District Writ of Habeas Corpus. Petitioner's filed his writ with this Court (by mailing it out) March 27, 08, about a 41-page Confidential file that the BHH-Commissioners has examined that he's confidence something inside sick is illegal, among a few other things. However, April 10, 2008, he received an order from this Court stating: "transferring action to United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. § 2254 "attacking a conviction from the Superior Court of Van Nuys, California." Very Wrong! Here is where the problem is. The information Petitioner provided on the front cover and 2 thru 4, was what he (And

Hill, Eugene
Page 2:

the Law Library Personnel) Delivered what the Court was Requiring. It is Clearly from the Courts Response it is not. And be that the petitioner had another writ yet to be file with this Court, being its the Court's Jurisdiction over the action occurred at Centinela State Prison; and El Centro Superior Court, Fourth Appeal, and the California Supreme Court has all denied them. Since either of the actions he is appealing has anything to do with his original judgment of Sentence. He would **NEED** to know the Corrected way to fil-out the Southern District Court 28 U.S.C. §2254, Petitioner for Writ of Habeas Corpus: The one that was transferred was dealing with a 41-page Confidential title he requesting the Court to do an in camera examination; and the second writ yet to be file dealing with a prison discipline: Unlawful Removed from his Job position, Kept Under Keep Lock in violation of his due process among a few other things happened at Centinela State Prison. Nothing to do with his Original Conviction! Petitioner's do apologize to the Court for all the Confusion. Petitioner is Confidence the writ Civil No. 08CV600-JM(POR) will be Returned to this Court upon the Central District Court examination. And he may have

Hill, Eugene
Page 3:

to rewrite it again or change the front cover sheet, 2-4. Nevertheless, before we file the & this petition with your help, it will be right. Again, petitioner's apologize to you, and the court. Even the law library personnel here got it wrong.

Your Speedy response will be greatly appreciated. Thank you.

Sincerely,
Eugene Hill

Eugene Hill
C-59311
GYMF5-29L / P.O. Box 9
Avenal California
93204

# PROOF OF SERVICE BY MAIL

I THE UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE, THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DCOUMENT:

ENTITLED: _United States District Court, Southern district, a Letter 3 pages, addressed atto: to the Court's Clerk._

BY PLACING THE SAME IN AN ENVELOPE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND DEPOSITING IT IN THE [ U*NITED STATES MAIL* ] AT AVENAL STATE PRISON AND ADDRESSEDIT TO THE FOLLOWING:

_United States District Court_
_Southern Distirct Of California_
_Office Of The Clerk_
_880 Front Street, Suite: 4290_
_San Diego, California 92101-8900_

EXECUTED ON _April_, _15_, 20 _08_ AT AVENAL STATE PRISON, AVENAL CALIFORNIA

I, _Eugene Hill_ DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

_Eugene Hill_
SIGNATURE OF DECLARANT

_Eugene Hill_
PRINT NAME OF DECLARANT

PRO PER.