# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUN -4 AM 9:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ✓ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE    Miller
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 5/30/2008
CASE NO.: 08cv0600 JM (POR)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Hill v. Almager
DOCUMENT ENTITLED: Letter with Exhibits

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Case transferred to the Central District of CA on 4/4/2008.** |

Date forwarded: 5/30/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 6/1/06
By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Documnent Discrepancy / Court Order]

May 27, 2008

**REJECTED**

The United States District Court
Southern District of California

Clerk of U.S. District Court
Room 4290
880 Front Street
San Diego, California 92101-8900

Dear Sir/Madam:

Petitioner mailed the Declaration In Support of Request to Proceed without prepayment of filing fees along with Certificate of Authorized Officer from Avenal State Prison May 27, 08, and request it to be Deemed (within the envelope he provided) and immediately mailed the District Court since they failed to do so in a timely manner of Case No. 08-CV-00600-JM-POR, Filed 4/1/2008.